## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NIKIA LEWIN,

     Plaintiff,

v.

ASPIRE HEALTH PARTNERS, INC.,

     Defendant.

CASE NO.: _____

## <u>NOTICE OF REMOVAL</u>

Defendant Aspire Health Partners, Inc. ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367 and 1446, removes this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida, Orlando Division.  The removal of this action is based upon the following:

### <u>Background</u>

1.     On or about May 27, 2024, Plaintiff Nikia Lewin ("Plaintiff") filed a civil action against Defendant in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, entitled *Nikia Lewin v. Aspire Health Partners, Inc.*, Case No. 2024-CA-0004635-O (hereinafter "State Court Action").

2.     Plaintiff's initial Complaint alleged the following causes of action under state law only: (1) race and color discrimination under the Florida Civil Rights Act ("FCRA"); and (2) retaliation under the FCRA.

3.     On July 3, 2024, Defendant filed its Motion to Dismiss Plaintiff's

Complaint in the State Court Action.

4.     In response, on August 19, 2024, Plaintiff filed her Amended Complaint, asserting claims arising under federal law ***for the first time***. Specifically, Plaintiff's Amended Complaint asserts the following causes of action against Defendant: (1) Count I – alleged race and color discrimination under the FCRA; (2) Count II – alleged retaliation under the FCRA; (3) Count III – alleged race discrimination under 42 U.S.C. § 1981 ("section 1981"); and (4) Count IV – alleged retaliation under section 1981.

5.     Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's section 1981 claims asserted in Counts III and IV as these claims arise under the laws of the United States.  *See* 28 U.S.C. § 1331.

6.     This Court also has supplemental jurisdiction over Plaintiff's state law claims under the FCRA (Counts I and II) pursuant to 28 U.S.C. § 1367(a).  With respect to Plaintiff's alleged violations under the FCRA, Plaintiff's state and federal law claims arise from the same set of facts and allegations and, thus, form part of the same case or controversy.

## **Venue**

7.     Venue is proper in this Court under 28 U.S.C. § 1391(b).  The United States District Court for the Middle District of Florida, Orlando Division includes the Ninth Judicial Circuit in and for Orange County, Florida, which is the judicial circuit in which Plaintiff filed her Complaint.

## Compliance With Procedural Requirements

8.      On August 19, 2024, Plaintiff served Defendant with her Amended Complaint filed in the State Court Action.

9.      As such, pursuant to 28 U.S.C. § 1446(b)(1), Defendant has timely filed this Notice of Removal within thirty (30) days after receipt of the Amended Complaint.

10.      Further, as required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file with the Clerk in the State Court Action are being filed contemporaneously herewith.

11.      Finally, pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice with this Court, Defendant will provide written notice of this removal to Plaintiff and will file a copy of this Notice in the State Court Action.

WHEREFORE, Defendant Aspire Health Partners, Inc. gives notice of its removal of this Action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

Dated:  August 29, 2024.                    Respectfully submitted,

*/s/ Lauren C. Robertson*
Natalie J. Storch
Florida Bar No.: 0269920
njstorch@littler.com
Lauren C. Robertson
Florida Bar No.:  1024845
lcrobertson@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801.2366
Telephone:   407.393.2900
Facsimile:     407.393.2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 29th day of August 2024, a true and correct copy of the foregoing was electronically filed via the CM/ECF filing system and served via email on: Daniel H. Hunt at dhuntlaw@gmail.com, Attorney for Plaintiff.

*/s/ Lauren C. Robertson*
Lauren C. Robertson

4888-3567-2282.4 / 055016-1024

4